**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TerraStrat Group LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3999364** |
| 4. | **Debtor's address** | **Principal place of business**  **280 E. Torrence Road**  **Columbus, OH 43214**  Number, Street, City, State & ZIP Code   **Franklin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code   **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.terrastrat.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   **TerraStrat Group LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__8748__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　　District _____　When _____　Case number _____
　　District _____　When _____　Case number _____

Debtor **TerraStrat Group LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page 3

| Debtor | **TerraStrat Group LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **TerraStrat Group LLC**     Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 24, 2025**
MM / DD / YYYY

**X /s/ Kennard Wottowa**       **Kennard Wottowa**
Signature of authorized representative of debtor       Printed name

Title    **Chief Executive Officer and President**

**18. Signature of attorney**

**X /s/ Tami Hart Kirby**       Date **December 24, 2025**
Signature of attorney for debtor       MM / DD / YYYY

**Tami Hart Kirby 0078473**
Printed name

**Porter Wright Morris & Arthur LLP**
Firm name

**One South Main Street, Suite 1600**
**Dayton, OH 45402-2028**
Number, Street, City, State & ZIP Code

Contact phone   **937-449-6810**     Email address

**0078473 OH**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TerraStrat Group LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Bonvoy** P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases by Raymong Wachauf | Disputed | | | $27,148.00 |
| **American Express Platinum** P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases by Raymond Wachauf | Disputed | | | $27,000.00 |
| **Andrew Lucio** 5434 Kansas Street Houston, TX 77007 | | Employment | | | | $17,916.67 |
| **CU 2.0** 322 N. Pioneer Street Ashland, OR 97520 | | | Disputed | | | $40,000.00 |
| **Dan Meade** 12 East Ridge Road Media, PA 19063 | | | Disputed | | | $60,550.00 |
| **Everst Business Funding** 102 W. 38th Street, 6th Floor New York, NY 10018 | | Future Receipts | Contingent Disputed | $88,000.00 | $0.00 | $88,000.00 |
| **Fuller Painting** 1736 Steel Street, Unit 6211 Louisville, CO 80027 | | Contractor | Disputed | | | $117,829.00 |
| **Goretski Construction** 4850 S. Hill Road, #3936 Milford, MI 48381 | | Contractor | Disputed | | | $74,660.00 |
| **Heather Brush** 904 Saffron Drive Sunbury, OH 43074 | | Employment | | | | $11,250.00 |

Debtor  **TerraStrat Group LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Various payroll tax and other withholding obligations** | | | | $413,000.00 |
| **Milind Thummala**<br>**445 E Ohio, Apt 3301**<br>**Chicago, IL 60611** | | **Employment** | | | | $22,500.00 |
| **Millstone Funding Inc.**<br>**80G Montauk Highway**<br>**Amityville, NY 11701** | | **All Assets** | **Contingent Disputed** | $304,000.00 | $0.00 | $304,000.00 |
| **New Look Painting**<br>**3203 Eastern Avenue SE**<br>**Grand Rapids, MI 49508** | | **Contractor** | **Disputed** | | | $9,746.00 |
| **Ocean Blue Solutions**<br>**9775 Fairway Drive, Suite C**<br>**Powell, OH 43065** | | | **Disputed** | | | $31,200.00 |
| **Palos Electric**<br>**14030 Kildare Avenue**<br>**Midlothian, IL 60445** | | **Contractor** | **Disputed** | | | $25,740.00 |
| **Platt Electric**<br>**10605 SW Allen Boulevard**<br>**Beaverton, OR 97005** | | **Contractor** | **Disputed** | | | $13,200.00 |
| **Precision Flooring**<br>**4120 Bluebush Road**<br>**Monroe, MI 48162** | | **Contractor** | **Disputed** | | | $31,444.00 |
| **Susan Zwillinger**<br>**148 Philips Place**<br>**Pittsburgh, PA 15217** | | **Employment** | | | | $45,000.00 |
| **The Flooring Co.**<br>**30295 Plymouth Road**<br>**Livonia, MI 48150** | | **Contractor** | **Disputed** | | | $38,133.00 |
| **Willems Landscaping**<br>**3661 Creamery Road**<br>**De Pere, WI 54115** | | **Contractor** | **Disputed** | | | $17,656.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

```
American Express Bonvoy
P.O. Box 981535
El Paso, TX 79998

American Express Platinum
P.O. Box 981535
El Paso, TX 79998

Andrew Lucio
5434 Kansas Street
Houston, TX 77007

Blueprint Electric
16350 E. Arapahoe Road
Suite 108-243
Aurora, CO 80016

Charles Winslow
2601 Slate Run Road
Columbus, OH 43220

Chase Ink
Cardmember Serv
PO Box 6294
Carol Stream, IL 60197-6294

City Glass
414 West Colorado Avenue
Colorado Springs, CO 80905

CoHatch
240 S. State Street
Westerville, OH 43081

CoHatch Worthington LLC
659 High Street
Columbus, OH 43085

CU 2.0
322 N. Pioneer Street
Ashland, OR 97520

Dan Meade
12 East Ridge Road
Media, PA 19063

Everst Business Funding
102 W. 38th Street, 6th Floor
New York, NY 10018

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109
```

```
Fuller Painting
1736 Steel Street, Unit 6211
Louisville, CO 80027

Goretski Construction
4850 S. Hill Road, #3936
Milford, MI 48381

Heather Brush
904 Saffron Drive
Sunbury, OH 43074

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794

Industrious MIA 250 Lincoln Road LLC
350 Lincoln Road
Miami Beach, FL 33139

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jason Drake
2356 S 3 Bs and K Road
Galena, OH 43021

Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive
Chicago, IL 60601

Latitude Partners
1533 N. Claremont Avenue #1
Chicago, IL 60622

Maks Sobkin
488 NE 18th Street
Miami, FL 33132

Maksim Sobkin
488 NE 18th Street
Miami, FL 33132

Milind Thummala
445 E Ohio, Apt 3301
Chicago, IL 60611

Millstone Funding Inc.
80G Montauk Highway
Amityville, NY 11701

New Look Painting
3203 Eastern Avenue SE
Grand Rapids, MI 49508
```

```
Ocean Blue Solutions
9775 Fairway Drive, Suite C
Powell, OH 43065

Ohio Department of Taxation
P.O. Box 2679
Columbus, OH 43270-2679

Palos Electric
14030 Kildare Avenue
Midlothian, IL 60445

Pennsylvania Department of Revenue
P.O. Box 280905
Harrisburg, PA 17128

Platt Electric
10605 SW Allen Boulevard
Beaverton, OR 97005

Precision Flooring
4120 Bluebush Road
Monroe, MI 48162

Prime Granite Works
1450 W. Evans Avneue, Unit D
Denver, CO 80223

Quality Electric, fka Hammer Electric
Formerly Known as Hammer Electric
139 County Road 526
Allentown, NJ 08501

Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Raymond V. Wachauf
280 E. Torrence Road
Columbus, OH 43220

Squire Patton Boggs
2000 Huntington Center
41 South High Street
Columbus, OH 43215

Susan Zwillinger
148 Philips Place
Pittsburgh, PA 15217

The Flooring Co.
30295 Plymouth Road
Livonia, MI 48150
```

```
Washington Department of Labor and Indus
7273 Linderson Way SW
Olympia, WA 98501-5414

Willems Landscaping
3661 Creamery Road
De Pere, WI 54115
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **TerraStrat Group LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **TerraStrat Group LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 24, 2025**  
Date

**/s/ Tami Hart Kirby**  
**Tami Hart Kirby 0078473**  
Signature of Attorney or Litigant  
Counsel for  **TerraStrat Group LLC**  
**Porter Wright Morris & Arthur LLP**  
**One South Main Street, Suite 1600**  
**Dayton, OH 45402-2028**  
**937-449-6810 Fax:937-449-6820**