# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:25bk55664 |
| | ) |
| TERRASTRAT GROUP, LLC, *et al.*, | ) Chapter 11 |
| | ) |
| | ) Judge Tiffany Strelow Cobb |
| Debtor. | ) |
| | ) |

**<u>DEBTOR AND DEBTOR-IN-POSSESSION TERRASTRAT GROUP, LLC'S</u>**
**<u>BALANCE SHEET</u>**

27199568.1

# Balance Sheet

## TerraStrat Group LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|     Bank Accounts | |
|       Chase Checking | 81,576.29 |
|       Savings | 0.00 |
|     **Total for Bank Accounts** | **$81,576.29** |
|     Accounts Receivable | |
|       Accounts Receivable (A/R) | 0.00 |
|     **Total for Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       Prior Period Adjustments | 42,080.88 |
|     **Total for Other Current Assets** | **$42,080.88** |
|   **Total for Current Assets** | **$123,657.17** |
|   Fixed Assets | |
|     Computer Equipment | $6,415.61 |
|       Accumulated Depreciation | -4,179.84 |
|     **Total for Computer Equipment** | **$2,235.77** |
|   **Total for Fixed Assets** | **$2,235.77** |
| **Total for Assets** | **$125,892.94** |
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         American Express 54002 | 7,408.86 |
|         Business Platinum Card (2006) | 0.00 |
|         Business Platinum Card - Supplementary account (2014) | 0.00 |
|         Business Platinum Card - Supplementary account (2030) | 0.00 |
|         Chase Ink | 11,167.05 |
|         Marriott American Express 81005 | 16,702.33 |

# Balance Sheet

## TerraStrat Group LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Total for Credit Cards** | **$35,278.24** |
| Other Current Liabilities | |
|   Deferred Revenue | 594,831.00 |
|   Direct Deposit Payable | 0.00 |
|   Loan Payable - Tim Ozvath | 0.00 |
|   Payroll Liabilities | |
|     Federal Taxes (941/944) | 161,503.93 |
|     Federal Unemployment (940) | 294.00 |
|     Health Care Premium | 0.00 |
|     Local Withholding | 3,799.62 |
|     Medical Insurance Premium | 0.00 |
|     OH Income Tax | 0.00 |
|     OH Local Tax | 0.00 |
|     OH Unemployment Tax | 0.00 |
|     PA SUI | 23.64 |
|     State Withholding | 20,255.59 |
|     TX Unemployment Tax | 0.00 |
|     UT Income Tax | 0.00 |
|     UT Unemployment Tax | 0.00 |
| **Total for Payroll Liabilities** | **$185,876.78** |
| **Total for Other Current Liabilities** | **$780,707.78** |
| **Total for Current Liabilities** | **$815,986.02** |
| Long-term Liabilities | |
|   Forward Finance Loan | 101,906.25 |
|   Millstone Funding | 169,875.05 |
|   Plexe LLC Loan | 29,310.53 |
|   SBFS LLC | 49,287.57 |
| **Total for Long-term Liabilities** | **$350,379.40** |
| **Total for Liabilities** | **$1,166,365.42** |
| Equity | |
|   Charles Winslow | |
|     2024 Draws | -10,000.00 |
|     Investment | 69,182.53 |
| **Total for Charles Winslow** | **$59,182.53** |
|   Maksim Sobkin | |
|     2024 Draws | -166,251.56 |
|     Investment | -277,005.56 |
| **Total for Maksim Sobkin** | **-$443,257.12** |
|   Opening Balance Equity | 0.00 |

# Balance Sheet

## TerraStrat Group LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Ray Wachauf | |
|   2024 Draws | -415,488.51 |
|   Investment | -673,496.22 |
| **Total for Ray Wachauf** | **-$1,088,984.73** |
| Ray Wachauf Personal Expenses | 0.00 |
| Richard Weissman | |
|   Investment | 90,293.04 |
| **Total for Richard Weissman** | **$90,293.04** |
| Tim Orvath | |
|   2024 Draws | -20,000.00 |
|   Investment | 276,025.65 |
| **Total for Tim Orvath** | **$256,025.65** |
| Retained Earnings | 0.00 |
| Net Income | 86,268.15 |
| **Total for Equity** | **-$1,040,472.48** |
| **Total for Liabilities and Equity** | **$125,892.94** |