**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TerraStrat Group LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number: | **2:25-bk-55664** |

☐ Check if this is an amended filing

Official Form 425C
**Monthly Operating Report for Small Business Under Chapter 11**                                                     12/17

| | | | |
|---|---|---|---|
| Month: | January | Date report filed: | 02/21/2026 |
| | | | MM/DD/YYYY |
| Line of business: | Data Sciences | NAISC code: | 8748 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

_[signature]_
Original signature of responsible party

Kennard L Wottowa
Printed name of responsible party

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | X | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | X | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | X | ☐ |
| 4. | Did you pay your employees on time? | X | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | X | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | X | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | X |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | X |
| 9. | Have you timely paid all of your insurance premiums? | X | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | X | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | X | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | X | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | X | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | X | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | X | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | X | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | X | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | X | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                                    $ $2,437.62
    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | **TerraStrat Group LLC** | Case number | **2:25-bk-55664** |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ _____231,194.64_____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    - $ _____65,771.01_____

22. **Net case flow**    + $ _____165,423.63_____

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ _____167,861.25_____

    Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____123_____
    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____71,795_____
    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    $ _____4_____

27. What is the number of employees as of the date of this monthly report?    $ _____4_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0_____

| Debtor Name | **TerraStrat Group LLC** | Case number | **2:25-bk-55664** |
|---|---|---|---|

| | | |
|---|---|---|
| 30. | How much have you paid this month in other professional fees? | $ 0 |
| 31. | How much have you paid in total other professional fees since filing the case? | $ 0 |

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ 251,281.00 | − $ | 231,194.64 | = $ | 20,086.36 |
| 33. | **Cash disbursements** | $ 134,607.00 | − $ | 65,771.01 | = $ | 68,835.99 |
| 34. | **Net cash flow** | $ 116,674.00 | − $ | 165,423.63 | = $ | (48,749.63) |

| | | | |
|---|---|---|---|
| 35. | Total projected cash receipts for the next month: | $ | 40,625.36 |
| 36. | Total projected cash disbursements for the next month: | − $ | 127,260.00 |
| 37. | Total projected net cash flow for the next month: | = $ | (86,635.36) |

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

[x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

[ ] 39. Bank reconciliation reports for each account.

[ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

[x] 41. Budget, projection, or forecast reports.
[ ] 42. Project, job costing, or work-in-progress reports.

EXHIBIT A

Item 3: Have not received permission to use cash collateral yet.

Item 5: Current bank has reconsidered opening DIP accounts. Application is in process. Backup bank being pursued (Axos) in case of rejection.

Item 6: New accountant has been engaged subject to court approval. Awaiting approval of her arrangement letter to pay her to finish 2024 tax returns and all 2025 payroll related filings.

EXHIBIT B

Item 10: Original bank accounts are still open as DIP accounts have proven very difficult to open.

**EXHIBIT C**

| Date | Item | | Amount |
|---|---|---|---|
| **December** | **Account 8909** | | |
| 12/30/2025 | Cash Deposit (from Jason Drake) | $ | 2,658.00 |
| 12/30/2025 | Cash Deposit (from Jason Drake) | $ | 1,500.00 |
| 12/30/2025 | Check Deposit (Corky's Pest Control) | $ | 2,537.50 |
| 12/31/2025 | Healthcare Payment (from Maks Sobkin) | $ | 5,782.54 |
| | | **TOTAL** $ | **12,478.04** |
| **January** | **Account 8909** | | |
| 1/13/2026 | EFT (Peak Credit Union) | $ | 85,896.00 |
| 1/14/2026 | EFT (Associated Healthcare Credit Union) | $ | 47,425.00 |
| 1/21/2026 | EFT (First Fidelity Bank) | $ | 95,000.00 |
| 1/27/2026 | EFT (Employee M Thummala) | $ | 2,741.49 |
| | | TOTAL | $ 231,062.49 |
| **January** | **Account 2507** | | |
| 1/7/2026 | Transfer In (from account 8909 to 2507) | $ | 132.15 |
| | | TOTAL $ | 132.15 |
| | | **TOTAL** | **$ 231,194.64** |
| **February** | | | |

| Profit and Loss Projections | 05-Jan-26 | 12-Jan-26 | 19-Jan-26 | 26-Jan-26 | 02-Feb-26 | 09-Feb-26 | 16-Feb-26 | 23-Feb-26 | 02-Mar-26 | 09-Mar-26 | 16-Mar-26 | 23-Mar-26 | 30-Mar-26 | 06-Apr-26 | 13-Apr-26 | 20-Apr-26 | 27-Apr-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Data Sciences Revenues** | | | | | | | | | | | | | | | | | |
| First Fidelity Bank | | | | | | | | | | | | | | | | | |
| Peak (Twin Star) CU | | $ 85,896 | $ 95,000 | | | | | | | | | | | | | | |
| Rize CU | | | | | | | | | | | | | | | | | |
| NIH FCU | | | | | | | $ 20,625 | | | | | | | | | | |
| Jefferson Bank | | | | | | | | | | $ 44,225 | | | | | | | |
| Blue FCU | | | | | | | | | $ 10,085 | | | | | $ 10,085 | | | |
| Associated Healthcare CU | | $ 47,425 | | | | | | | | | | | | | | | |
| Apple CU | | | | | | $ 10,000 | | | | | | | | | | | |
| CA FCU | | | | | | | | | $ 5,750 | $ 34,750 | | | | | | | |
| Community First Bank | | | | | $ 4,000 | | | | | | | | | | | | |
| Harris Pest Control | | | | | $ 6,000 | | | | | | | | | | | | |
| Wayne's Pest Control | | | | | | | | | | | | | | | | | |
| | $ - | $ 133,321 | $ 95,000 | $ - | $ 10,000 | $ 10,000 | $ 20,625 | $ - | $ 15,835 | $ 78,975 | $ - | $ - | $ - | $ 10,085 | $ - | $ - | $ - |
| **Data Sciences Expenses** | | | | | | | | | | | | | | | | | |
| Payroll | | | $ 31,429 | $ 24,894 | | $ 24,894 | | $ 24,894 | | $ 24,894 | | | $ 24,894 | | $ 24,894 | | $ 24,894 |
| Healthcare | | | | $ 7,200 | | | | $ 7,200 | | | | $ 7,200 | | | | | $ 7,200 |
| Data Services | | | | $ 18,836 | | | | | | | | | | | | | |
| Technology Subscriptions | | | | | $ 12,960 | | | | | | | | $ 120 | | $ 2,160 | | |
| Office Rent | | | | | $ 240 | | | | $ 120 | | | | $ 120 | | | | |
| Travel | | | | | $ 3,164 | | | | $ 1,582 | | | | $ 1,582 | | | | |
| | $ - | $ - | $ 31,429 | $ 50,930 | $ 16,364 | $ 24,894 | $ - | $ 32,094 | $ 1,702 | $ 24,894 | $ - | $ 7,200 | $ 26,596 | $ - | $ 27,054 | $ - | $ 32,094 |
| **Data Sciences Gross Margin** | $ - | $ 133,321 | $ 63,571 | $ (50,930) | $ (6,364) | $ (14,894) | $ 20,625 | $ (32,094) | $ 14,133 | $ 54,081 | $ - | $ (7,200) | $ (26,596) | $ 10,085 | $ (27,054) | $ - | $ (32,094) |
| **General and Administrative** | | | | | | | | | | | | | | | | | |
| CEO | | | | | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | | $ 7,500 | | | $ 7,500 | | | | $ 7,500 |
| Accounting | | | | | $ 4,429 | | | $ 179 | | | | $ 2,429 | | | | | $ 2,429 |
| Legal | | | | | | | | $ 10,000 | | | | $ 10,000 | | | | | $ 10,000 |
| Bankruptcy Trustee | | | | | | | | $ 2,500 | | | | $ 2,500 | | | | | $ 2,500 |
| Financing Costs | | | | | | | | $ 5,500 | | | | $ 5,500 | | | | | $ 5,500 |
| Software / Telco | | | | | $ 1,000 | | | | $ 500 | | | | $ 500 | | | | $ 500 |
| Web / Marketing | | | | | | | | $ 300 | | | | | | | | | |
| | $ - | $ - | $ - | $ - | $ 12,929 | $ 7,500 | $ 7,500 | $ 25,979 | $ 500 | $ 7,500 | $ - | $ 20,429 | $ 8,000 | $ - | $ - | $ - | $ 28,429 |
| **Net Income** | $ - | $ 133,321 | $ 63,571 | $ (50,930) | $ (19,293) | $ (22,394) | $ 13,125 | $ (58,073) | $ 13,633 | $ 46,581 | $ - | $ (27,629) | $ (34,596) | $ 10,085 | $ (27,054) | $ - | $ (60,523) |
| **Cash Flow** | | | | | | | | | | | | | | | | | |
| Starting Cash | $ 2,147 | $ 2,147 | $ 135,468 | $ 199,039 | $ 148,109 | $ 128,816 | $ 106,422 | $ 119,547 | $ 61,474 | $ 75,107 | $ 121,688 | $ 121,688 | $ 94,059 | $ 59,463 | $ 69,548 | $ 42,494 | $ 42,494 |
| Net Income | $ - | $ 133,321 | $ 63,571 | $ (50,930) | $ (19,293) | $ (22,394) | $ 13,125 | $ (58,073) | $ 13,633 | $ 46,581 | $ - | $ (27,629) | $ (34,596) | $ 10,085 | $ (27,054) | $ - | $ (60,523) |
| Ending Cash | $ 2,147 | $ 135,468 | $ 199,039 | $ 148,109 | $ 128,816 | $ 106,422 | $ 119,547 | $ 61,474 | $ 75,107 | $ 121,688 | $ 121,688 | $ 94,059 | $ 59,463 | $ 69,548 | $ 42,494 | $ 42,494 | $ (18,029) |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026
Account Number: ____2507

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00048240 DRE 111 142 03526 NNNNNNNNNNN T 1 000000000 D5 0000
TERRASTRAT GROUP LLC
240 S STATE ST
WESTERVILLE OH 43081-2233



## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$132.15 |
| Deposits and Additions | 1 | 132.15 |
| Ending Balance | 1 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Online Transfer From Chk ...8909 Transaction#: 27612271934 | $132.15 |
| **Total Deposits and Additions** | | **$132.15** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $0.00 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 2/4/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

Page 1 of 2



January 01, 2026 through January 30, 2026
Account Number: ████████2507

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | . | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 2/4/26) | | | | | $95.00 |

**ACCOUNT** ████████ **2507**

| Monthly Service Fee | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026
Account Number: 8909

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002535 DRE 001 212 03526 NNNNNNNNNNN 1 000000000 D2 0000
TERRASTRAT GROUP LLC
240 S STATE ST
WESTERVILLE OH 43081-2233



## CHECKING SUMMARY
Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,569.77 |
| Deposits and Additions | 4 | 231,062.49 |
| Electronic Withdrawals | 13 | -65,480.51 |
| Fees | 1 | -290.50 |
| Ending Balance | 18 | $167,861.25 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | Orig CO Name:Peak Credit Unio    Orig ID:1910440744 Desc Date:260113 CO Entry Descr:Ap Vendor Sec:PPD   Trace#:325181015068655 Eed:260113  Ind ID: Ind Name:Terrastrat Trn: 0135068655Tc | $85,896.00 |
| 01/14 | Orig CO Name:Ahcu       Orig ID:296076385 Desc Date:011326 CO Entry Descr:Ap Paymentsec:PPD   Trace#:296076384475560 Eed:260114  Ind ID: Ind Name:Terrastrat Trn: 0144475560Tc | 47,425.00 |
| 01/22 | Orig CO Name:First Fidelity B    Orig ID:1731100200 Desc Date:012226 CO Entry Descr:Banktel  Sec:CCD   Trace#:103002698307148 Eed:260122  Ind ID: Ind Name:Terrastrat       First Fidelity Bank - 2601151 Trn: 0228307148Tc | 95,000.00 |
| 01/27 | Book Transfer Credit B/O: Milind Thummala Chicago IL 60611-3345 US Ref: Returning The Extra Paycheck Sent By Mistake Trn: 3455786027Es | 2,741.49 |
| **Total Deposits and Additions** | | **$231,062.49** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | 01/07 Online Transfer To Chk ...2507 Transaction#: 27612271934 | $132.15 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204544720 To #####3763 | 2,741.49 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204552558 To #######4848 | 2,547.69 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204557562 To ########1334 | 2,289.03 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204552993 To #######4848 | 4,827.64 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204557888 To ########1334 | 4,398.06 |
| 01/23 | 01/23 Basic Online Payroll Payment 11204557983 To #####3763 | 2,741.49 |
| 01/26 | 01/26 Online ACH Payment 11204674274 To Esri (_######0335) | 18,835.77 |
| 01/26 | 01/26 Basic Online Payroll Payment 11204682194 To ####8688 | 7,500.00 |
| 01/30 | 01/30 Basic Online Payroll Payment 11205368151 To #######4848 | 4,827.64 |

Page 1 of 4



January 01, 2026 through January 30, 2026
Account Number: 8909

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | 01/30 Basic Online Payroll Payment 11205376715 To #####3763 | 2,741.49 |
| 01/30 | 01/30 Basic Online Payroll Payment 11205368255 To ####8688 | 7,500.00 |
| 01/30 | 01/30 Basic Online Payroll Payment 11205376775 To #######1334 | 4,398.06 |
| **Total Electronic Withdrawals** | | **$65,480.51** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | Service Charges For The Month of December | $290.50 |
| **Total Fees** | | **$290.50** |

The monthly service fee of $40.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/06 | $2,279.27 |
| 01/07 | 2,147.12 |
| 01/13 | 88,043.12 |
| 01/14 | 135,468.12 |
| 01/22 | 230,468.12 |
| 01/23 | 210,922.72 |
| 01/26 | 184,586.95 |
| 01/27 | 187,328.44 |
| 01/30 | 167,861.25 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $25.00 | |
| **Total Service Charges** | **$25.00** | Will be assessed on 2/4/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 4 |
| Deposited Items | 0 |
| **Total Transactions** | **4** |

# CHASE

January 01, 2026 through January 30, 2026

Account Number: 8909

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 8909 | | | | | |
| Waived Monthly Service Fee | 0 | | | $40.00 | $0.00 |
| Transactions | 4 | 0 | 4 | $0.00 | $0.00 |
| Subtotal | | | | | $0.00 |
| Other Fees | | | | | |
| Electronic Credits | 4 | 999,999,999 | 0 | $0.40 | $0.00 |
| Rtp/Same Day-High Value | 1 | 0 | 1 | $25.00 | $25.00 |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| **Total Service Charge (Will be assessed on 2/4/26)** | | | | | **$25.00** |
| ACCOUNT 8909 | | | | | |
| Electronic Credits | 4 | | | | |
| Rtp/Same Day-High Value | 1 | | | | |
| Debit Block Maintenance | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



January 01, 2026 through January 30, 2026

Account Number: 8909

This Page Intentionally Left Blank